IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DUTY ASSIGNMENT          :          No. 452
SCHEDULE FOR EMERGENCY           :          Judicial Administration
PETITIONS IN THE YEAR 2016       :          Docket


ORDER

PER CURIAM:

AND NOW, this 17th day of December, 2015, the emergency duty assignment for the year 2016, is herewith adopted.

|           |                            |                    |
|-----------|----------------------------|--------------------|
| January   | Justice J. Michael Eakin   | (Eastern District) |
|           | Justice Christine Donohue  | (Western District) |
| February  | Justice Debra Todd         | (Eastern District) |
|           | Justice Kevin Dougherty    | (Western District) |
| March     | Justice Max Baer           | (Eastern District) |
|           | Justice David Wecht        | (Western District) |
| April     | Justice Christine Donohue  | (Eastern District) |
|           | Justice J. Michael Eakin   | (Western District) |
| May       | Justice Kevin Dougherty    | (Eastern District) |
|           | Justice Debra Todd         | (Western District) |
| June      | Justice David Wecht        | (Eastern District) |
|           | Justice Max Baer           | (Western District) |
| July      | Justice J. Michael Eakin   | (Eastern District) |
|           | Justice Christine Donohue  | (Western District) |
| August    | Justice Debra Todd         | (Eastern District) |
|           | Justice Kevin Dougherty    | (Western District) |
| September | Justice Max Baer           | (Eastern District) |
|           | Justice David Wecht        | (Western District) |

| October | Justice Christine Donohue | (Eastern District) |
| | Justice J. Michael Eakin | (Western District) |
| | | |
| November | Justice Kevin Dougherty | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| | | |
| December | Justice David Wecht | (Eastern District) |
| | Justice Max Baer | (Western District) |